IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARTHA KIBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-00626-A |
| | § | |
| TARRANT COUNTY, TEXAS; and | § | |
| HONORABLE RUSS CASEY, | § | |
| TARRANT COUNTY JUSTICE OF | § | |
| THE PEACE, PCT. 3, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT TARRANT COUNTY, TEXAS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Martha Kibler ("Plaintiff" or "Kibler") files this motion for voluntary dismissal of all claims against Defendant Tarrant County, Texas ("Tarrant County") with prejudice, and reserving all rights of Plaintiff to proceed against Defendant Honorable Russ Casey, Tarrant County Justice of the Peace, Precinct 3 (Judge Casey") in this matter.

On August 16, 2015, Kibler filed her Original Complaint against Tarrant County and Judge Casey. Kibler pled the following claims against Tarrant County: (1) sexual harassment and sexually hostile work environment in violation of Title VII; (2) sexual harassment, quid pro quo in violation of Title VII; (3) retaliation in violation of Title VII; (4) sexual harassment and sexually hostile work environment in violation of Texas Commission on Human Rights Act; (5) retaliation in violation of Texas Commission on Human Rights Act; (6) violation of due process via 42 U.S.C. § 1983 – the Fourteenth Amendment of the United States Constitution; (7)

1

violation of the Equal Protection via 42 U.S.C. § 1983 – the Fourteenth Amendment of the United States Constitution; and (8) retaliation via 42 U.S.C. § 1983 – the First Amendment of the United States Constitution. Tarrant County filed its answer on October 19, 2015.

Kibler has decided that she no longer desires to pursue her claims against Tarrant County. In accordance with Rule 41(a)(2), Kibler seeks to voluntarily dismiss these claims with prejudice. Kibler reserves her right to proceed with all of her claims against Defendant Judge Casey.

Here, dismissal is proper for the grounds stated above. No counter-claim has been pleaded by Tarrant County prior to the filing of this motion. Further, Tarrant County does not oppose this motion nor object to dismissal. Accordingly, Kibler requests that all of her claims against Tarrant County be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Kibler respectfully requests the Court grant her Motion for Voluntary Dismissal and that it enter an order dismissing all of her claims against Tarrant County only and with prejudice in accordance with FED. R. CIV. P. 41(a)(2) and for such other relief to which Kibler may be entitled.

Respectfully submitted,

Andrea S. Loveless, Esq.
Texas State Bar No. 24041889

Loveless Law Firm, LLP
1301 Ballinger
Fort Worth, TX 76102
Tele: (949) 679-4690
Fax: (949) 666-7424
andrea@lovelesslawfirm.com

LOCAL COUNSEL
Chad Lee
Texas State Bar No. 24039014
1301 Ballinger
Fort Worth, TX 76102
Tele: (817) 596-3866
Fax: (817) 335-3669
chad@aglawsolutions.com
Attorneys for Plaintiff

**ATTORNEY FOR MARTHA KIBLER**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel for Defendant Tarrant County, Texas, Russell D. Cawyer, Kelly Hart & Hallman LLP, 201 Main Street, Ste. 2500, Fort Worth, Texas 76102, and counsel for Honorable Russ Casey, Ed Walton, Law Offices of Ed Walton, 101 Metro Drive, Terrell, Texas 75160 this 14th day of January, 2016 by certified mail, return receipt requested.

Andrea S. Loveless