IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARTHA KIBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-626-A |
| | § | |
| HONORABLE RUSS CASEY, TARRANT COUNTY JUSTICE OF THE PEACE, PRECINCT 3, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT AS TO A CERTAIN PARTY

Consistent with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Martha Kibler, against defendant Tarrant County, Texas ("Tarrant County") be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff and Tarrant County each bear the costs and attorney's fees incurred by such party.

SIGNED January 14, 2016.

_____
JOHN McBRYDE
United States District Judge