IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 3 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MARTHA KIBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-626-A |
| | § | |
| HONORABLE RUSS CASEY, TARRANT | § | |
| COUNTY JUSTICE OF THE PEACE, | § | |
| PRECINCT 3, | § | |
| | § | |
| Defendant. | § | |

ORDER

On the date of the signing of this order, defendant, Honorable Russ Casey, Tarrant County Justice of the Peace, Precinct 3, filed two documents in the above-captioned action, one titled "Opposed Motion to Enforce Settlement Agreement" ("First Motion") and Agreed Motion to Continue Trial Setting and/or Motion to Extend Deadlines for Complyting [sic] with the Court's Scheduling Order" ("Second Motion").

The court has concluded that the Second Motion should be denied, and that a hearing should be held on the First Motion at the time of the pretrial conference, which is being rescheduled to commence at 11:00 a.m. on December 5, 2016. Therefore,

The court ORDERS that the Second Motion be, and is hereby, denied.

The court further ORDERS that the pretrial conference that was scheduled for 9:30 a.m. on December 5, 2016, is rescheduled

to be conducted at 11:00 a.m. on December 5, 2016, in the Fourth
Floor Courtroom of the United States Courthouse, Fort Worth,
Texas, at which time, date, and place plaintiff, counsel for
plaintiff, defendant, counsel for defendant, and all witnesses
who are to testify at the hearing that is to be conducted at the
same time, date, and place are to appear.

The court further ORDERS that at 11:00 a.m. on December 5,
2016, the First Motion is to be heard.

The court FURTHER ORDERS that as to witnesses and exhibits
to be offered at such hearing:

(1)  By 2:00 p.m. on December 1, 2016, each party shall file
     a witness list and an exhibit list.

(2)  The parties shall not file exhibits prior to the
     hearing, but shall have the originals and one copy
     thereof available immediately prior to the hearing.
     Each exhibit that will be offered at the hearing shall
     bear the case number of this action in addition to the
     exhibit number and identity of offering party.

(3)  The witness list shall be accompanied, when it is
     filed, by a statement as to each witness of each
     subject matter upon which the witness will be asked to
     testify.   The witness list shall include one column
     bearing the heading "Sworn" and another bearing the

2

heading "Testified" to help the court keep track of the witnesses at the hearing.

(4) The exhibit list shall be accompanied, when it is filed, by a statement signed by counsel for each party, other than the party who will be offering the exhibit, stating as to each exhibit shown on the list either that the parties agree to the admissibility of the exhibit or the nature and legal basis of any objection that will be made to the admissibility of the exhibit and the identity of the party or parties who will be urging the objection. All parties are required to cooperate in causing such statements to be prepared in a timely manner for filing with the exhibit lists. The party proposing to offer an exhibit shall be responsible for coordinating activities related to preparation of such a statement as to the exhibit such party proposes to offer. No exhibit will be offered at the hearing unless such a statement has been timely filed as to the exhibit. The exhibit list shall include one column bearing the heading "Offered" and another bearing the heading "Admitted."

3

(5)   No party is permitted to adopt as, or in, the party's
       witness list or exhibit list all or any part of the
       witness list or exhibit list of the other party.

SIGNED November 23, 2016.

_____

JOHN McBRYDE
United States District Judge