IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARTHA KIBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:15-cv-00626-A |
| | ) |
| TARRANT COUNTY, TEXAS; and | ) |
| HONORABLE RUSS CASEY, TARRANT | ) |
| COUNTY JUSTICE OF THE PEACE, PCT. 3, | ) |
| | ) |
| Defendants. | ) |

## JOINT REPORT REGARDING NOTICE OF SETTLEMENT

Pursuant to the requirements of this Court's Scheduling Order, Plaintiff, Martha Kibler, ("Plaintiff"), and Defendant, Honorable Russ Casey, Tarrant County Justice of the Peace, Pct. 3 ("Defendant"), hereby file their Joint Report Regarding Status of Settlement Negotiations.

Counsel for Plaintiff, Andrea Loveless, and Counsel for Defendant, Ed Walton participated in a face-to-face settlement conference with Plaintiff Martha Kibler and Defendant Honorable Russ Casey on November 8, 2016. There was meaningful progress at the settlement conference and the parties agreed verbally to the material terms of a settlement agreement. The parties then worked to memorialize the agreement in writing and have continued to participate in good faith in memorializing the settlement terms in writing up and through November 28, 2016.

/ / /

/ / /

The parties have been able to reach a settlement in regards to all claims in this lawsuit, and have agreed in writing to all terms. Once the settlement process is final, the parties will file a Joint Stipulation of Voluntary Dismissal of All Claims With Prejudice.

Dated: Nov. 28, 2016

Respectfully submitted,

By: /s/ Andrea S. Loveless

Andrea S. Loveless, Esq.
Texas State Bar No. 24041889
Loveless Law Firm, LLP
1301 Ballinger
Fort Worth, TX 76102
Tele: (949) 679-4690
Fax: (949) 666-7424
andrea@lovelesslawfirm.com

LOCAL COUNSEL
Chad Lee
Texas State Bar No. 24039014
1301 Ballinger
Fort Worth, TX 76102
Tele: (817) 596-3866
Fax: (817) 335-3669
chad@aglawsolutions.com
Attorneys for Plaintiff

Dated: November 30, 2016

Respectfully submitted,

By: /s/ Ed Walton

Ed Walton, Esq.
State Bar No. 20828550
Law Offices of Ed Walton
101 Metro Drive
Terrell, TX 75160
ed@edwaltonlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel for Plaintiff Martha Kibler, Andrea S. Loveless, 1301 Ballinger, Fort Worth, TX 76102 this ___ day of November, 2016 by certified mail, return receipt requested.

*Ed Walton*
Ed Walton