UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 5 2016

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

## MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE: McBryde
LAW CLERK: Wade Formo
COURT REPORTER: Debbie Saenz

---

Case No.:                 4:15-CV-626-A
                          <u>Kibler v. Casey</u>

Date Held: 12/5/2016  Time: 10:52-10:55 (3 minutes)

---

Counsel for Plaintiff:    Andrea S. Loveless

Counsel for Defendant:    Ed Walton

==========================================================================

Re: Settlement

Court received notice that claims between plaintiff and defendant had been settled and seeks clarification on terms of dismissal.

All claims and causes of action asserted by plaintiff, Martha Kibler, against defendant, the Honorable Russ Casey, to be dismissed with prejudice.

Hearing concluded. Final judgment to follow.