IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARTHA KIBLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:15-CV-626-A |
| § | |
| HONORABLE RUSS CASEY, TARRANT § | |
| COUNTY JUSTICE OF THE PEACE, § | |
| PRECINCT 3, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

Consistent with the telephone conference conducted on the date of the signing of this final judgment with the attorney for plaintiff, Martha Kibler, and the attorney for defendant, Honorable Russ Casey, Tarrant County Justice of the Peace, Precinct 3, on the line, and the Final Judgment as to a Certain Party the court signed on January 14, 2016, in this action,

THE COURT ORDERS, ADJUDGES, AND DECREES that all claims and causes of action asserted by plaintiff in the above-captioned action be, and are hereby, dismissed with prejudice; and,

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that each party bear the costs of court and attorney's fees incurred by such party.

SIGNED December 5, 2016.

_____
JOHN MCBRYDE
United States District Judge